# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                     PLAINTIFF

v.                          No. 4:05CR00109-12 JLH

TERRANCE OSBORNE                                         DEFENDANT

## AMENDED ORDER

The motion of Dale E. Adams to be relieved as counsel is granted. Document #353. Mr. Adams is relieved of all duties in this case. Mr. Ronald L. Davis, Jr., will continue as counsel for Mr. Osborne.

Mr. Osborne has written the Court[1] and stated that Mr. Adams "has been paid almost three quarters of the fee that he charged to defend me at trial" and "I feel that it is unfair to me that he has been paid to defend me and that he wants to be relieved from this case now that he has been paid almost in full. He hasn't offered any refund in the fee that he has been paid and I feel like I should be reimbursed at least half if not all of the fee that he has been paid to represent me in this case." Rule 1.16(d) of the Arkansas Rules of Professional Conduct provides:

> Upon termination of representation, a lawyer shall take steps to the extent reasonably practicable to protect a client's interests, such as giving reasonable notice to the client, allowing time for employment of other counsel, surrendering papers and property to which the client is entitled and *refunding any advance payment of fee or expense that has not been earned or incurred*. The lawyer may retain papers relating to the client to the extent permitted by other law.

The Court assumes and expects that Mr. Adams will comply with Rule 1.16(d).

---

[1] The Clerk is directed to place the original letter in the file and to send a copy of the letter to Mr. Adams and to Mr. Davis.

IT IS SO ORDERED this 3rd day of April, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE