**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                         No. 4:05CR00109-12 JLH

TERRANCE OSBORN                                                                              DEFENDANT

**ORDER**

On the 4th day of May, 2006, this case came before the Court for hearing on the motion to

withdraw of Dale E. Adams and Terrance Osborn's motion to modify conditions of release.

Mr. Osborn informed the Court that he has no confidence in Mr. Adams but does contest

Mr. Adams's right to retain the fee that has been paid.  Therefore, Mr. Adams's motion to withdraw

will be granted.  If Mr. Osborn has a complaint about Mr. Adams retaining the fee, he may present

that complaint to the Supreme Court Committee on Professional Conduct.

No later than May 18, 2006, Mr. Osborn must (1) engage a new lawyer and have that lawyer

enter an appearance; (2) notify the Court that Ronald L. Davis, Jr., will assume the responsibility of

lead counsel; or (3) file an in forma pauperis affidavit and move for appointment of counsel.

The Court heard evidence and argument on the motion to modify the conditions of release.

Mr. Osborn failed to present evidence sufficient to show that the current conditions of release unduly

restrict his ability to carry on his business.  The Court is not willing to allow Mr. Osborn to move

into a residence where he would be unsupervised.  Therefore, the motion to modify the conditions

of release is denied.

IT IS SO ORDERED this 4th day of May, 2006.

_____

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE