IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                                                PLAINTIFF

Vs.                                          NO. 4:05cr00109-12 JLH

TERRANCE OSBORN                                                                         DEFENDANT

ORDER

Defendant has filed a motion for modification of his conditions of release (docket entry #**425**) to change the third party custodian and residence.  The United States has responded, opposing the motion (docket entry #428).  Following a hearing, the Court **denies** the motion.

The proposed new third party custodian, Terry McCurn, has a criminal history. Although no felony convictions were found, he has a history of offenses such as public intoxication, non-aggravated assault, driving under the influence and welfare fraud. Although these offenses occurred years ago, Mr. McCurn was convicted on a guilty plea of terroristic threatening in 2004, for which he was fined.  Further, the United States introduced evidence establishing probable cause to believe that Mr. McCurn recently sold a small quantity of cocaine to a confidential informant.  In short, Mr. McCurn would not be a suitable third party custodian.

The Court did take into account the fact that the current custodian, Defendant's grandfather, smokes, which allegedly aggravates Defendant's condition of asthma.  It also appears that he is less than happy to continue to serve as third party custodian.  However, at this point, the only alternative to continued custody with the grandfather would be detention, and Defendant agrees that he would prefer to remain where he is.

The United States presented testimony that ongoing investigation has revealed that

Defendant continues in illegal drug activity.  However, the only issue properly before the Court at this point is the motion for change of custody.  If the United States desires to attempt to have the Court revoke release, a motion would be necessary.  Defendant is, of course, entitled to notice and a hearing as to any such allegations.

    IT IS SO ORDERED this 15th day of August, 2006.

                                      _____
                                      UNITED STATES MAGISTRATE JUDGE