**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                     PLAINTIFF

v.                                              No. 4:05CR00109-12 JLH

TERRANCE OSBORNE                                                                             DEFENDANT

**JUDGMENT**

Pursuant to the Opinion and Order entered separately today, Terrance Osborne's motion to vacate, set aside, or correct his sentence is denied.  Document #701.  Because Osborne has not made a substantial showing of a denial of a constitutional right, the Court declines to issue a certificate of appealability.

IT IS SO ORDERED this 16th day of December, 2010.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE