Order Regarding Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(2) – USSG Amendment 782

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

UNITED STATES OF AMERICA
V.
Terrance Osborne

Case Number: 4:05CR00109-12-JLH
USM 23729-009

**Date of Original Judgment:** November 26, 2007

**Date of Previous Amended Judgment:** N/A
*(Use Date of Last Amended Judgment if Any)*

Ms. Lisa Peters
Defendant's Attorney

**ORDER REGARDING MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(C)(2)**

Upon motion of    X the defendant    ☐ the Director of the Bureau of Prisons    ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☐ DENIED.
    **X** GRANTED and the defendant's previously imposed sentence of imprisonment of
        240 months **is reduced to 192 months.**

Except as provided above, all provisions of the judgment dated November 26, 2007 will remain in effect.

**IT IS SO ORDERED.**

Order Date: April 24, 2015

*/s/ J. Leon Holmes*
United States District Judge

Effective Date: November 1, 2015
         (If different from order date)